ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANTONIO IBARRA-LEMUS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-99-5344 AWI |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE AND MOTION FILINGS AND ORDER THEREON |
| vs. | |
| ANTONIO IBARRA-LEMUS, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the Defendant, Antonio Ibarra-Lemus, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Trial now set for June 14, 2005, be continued to August 23, 2005 at 9:00 a.m.

   This request is made based upon a scheduling conflict between the parties to this matter.

   //

It is further stipulated, by the parties, that the dates for all Motions and Trial documents to be filed, prior to the trial, will be amended accordingly.

Respectfully submitted,

Dated: April 28, 2005

/s/   Anthony   P.   Capozzi

Anthony P. Capozzi,
Attorney for Defendant,
Antonio Ibarra-Lemus

Dated: April 28, 2005

/s/   Laurel   J.   Montoya

Laurel J. Montoya
Assistant U.S. Attorney

**ORDER**

Good cause having been shown, the Trial set for June 14, 2005, is vacated and continued to August 23, 2005 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 2, 2005**             /s/ Anthony W. Ishii
0m8i78                           UNITED STATES DISTRICT JUDGE

2