```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANTONIO IBARRA-LEMUS
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.: CR-F-99-5344 AWI |
| ) | |
| Plaintiff,     ) | STIPULATION TO CONTINUE TRIAL |
| ) | CONFIRMATION AND MOTIONS HEARING |
| vs.                               ) | |
| ) | |
| ANTONIO IBARRA-LEMUS,             ) | |
| ) | |
| Defendant.    ) | |

   IT IS HEREBY STIPULATED between the Defendant, Antonio Ibarra-Lemus, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Trial Confirmation and Motions Hearing now set for May 23, 2005, be continued to August 16, 2005 at 9:00 a.m.

   This request is made based upon a scheduling conflict between the parties to this matter that continued the Trial date to August 23, 2005.

```
                                        Respectfully submitted,

Dated:  May 17, 2005


                                            /s/  Anthony  P.  Capozzi

                                        Anthony P. Capozzi,
                                        Attorney for Defendant,
                                        Antonio Ibarra-Lemus

Dated:  May 17, 2005


                                            /s/   Laurel   J.   Montoya

                                        Laurel J. Montoya
                                        Assistant U.S. Attorney
```

**ORDER**

Good cause having been shown, the Trial Confirmation and Motions Hearing now set for May 23, 2005, is vacated and continued to August 16, 2005 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 17, 2005**                       **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

2