IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANTONIO IBARRA-LEMUS,<br><br>      Defendant. | Case No.: CR-F-99-5344 AWI<br><br>ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING |

On November 2, 2006, the parties in the above titled action filed the following stipulation:

IT IS HEREBY STIPULATED between the Defendant, Antonio Ibarra-Lemus, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Sentencing Hearing now set for Monday, November 6, 2006, be continued to Monday, November 27, 2006 at 9:00 a.m.

This request is made to allow the Assistant United States Attorney time to prepare a response to the Motion for New Trial that was filed by the Defendant in this matter.

                                        Respectfully submitted,

Dated:  November 2, 2006

                                        /s/ Anthony P. Capozzi
                                    Anthony P. Capozzi,
                                    Attorney for Defendant,
                                    Antonio Ibarra-Lemus

Dated:  November 2, 2006

          /s/ Laurel J. Montoya
Laurel J. Montoya
Assistant U.S. Attorney

**ORDER**

As per the above stipulation, IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing now set for Monday, November 6, 2006 is vacated and continued to Monday, November 27, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    November 2, 2006**           **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE