```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANTONIO IBARRA-LEMUS
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTONIO IBARRA-LEMUS,<br><br>    Defendant. | Case No.: CR-F-99-5344 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING |

IT IS HEREBY STIPULATED between the Defendant, Antonio Ibarra-Lemus, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Sentencing Hearing now set for Monday, December 11, 2006, be continued to Monday, January 8, 2007 at 9:00 a.m.

/ / /

/ / /

/ / /

This request is made to allow Defense Counsel time to prepare a response to the Assistant United States Attorney's Response to the Motion for New Trial which was filed by the Defendant in this matter.

Respectfully submitted,

Dated:  December 7, 2006

      /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Antonio Ibarra-Lemus

Dated:  December 7, 2006

      /s/ Laurel J. Montoya
Laurel J. Montoya
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing now set for Monday, December 11, 2006 is vacated and continued to Monday, January 8, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:     December 8, 2006**        /s/ Anthony W. Ishii
0m8i78        UNITED STATES DISTRICT JUDGE