ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANTONIO IBARRA-LEMUS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANTONIO IBARRA-LEMUS,<br><br>           Defendant. | Case No.: CR-F-99-5344 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING |

   IT IS HEREBY STIPULATED between the Defendant, Antonio Ibarra-Lemus, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Sentencing Hearing now set for Monday, January 22, 2007 be continued to Monday, February 5, 2007 at 9:00 a.m.

/ / /

/ / /

/ / /

This request is made in light of the events of this past week concerning the Assistant United States Attorney as well as Defense counsel's need to be in another District for a Sentencing Hearing there.

Respectfully submitted,

Dated:  January 18, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Antonio Ibarra-Lemus

Dated:  January 18, 2007

/s/ Laurel J. Montoya
Laurel J. Montoya
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing now set for Monday, January 22, 2007 is vacated and continued to Monday, February 5, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 19, 2007**              /s/ **Anthony W. Ishii**
0m8i78                     UNITED STATES DISTRICT JUDGE